FILED

09/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0212

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0212

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

LOUIS TED CAYE,

      Defendant and Appellant.

**ORDER**

Upon consideration of Counsel's motion to withdraw and good cause appearing,

IT IS HEREBY ORDERED that the Appellant in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender's Office.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record and to the Appellant at his last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 15 2023